UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES GASPARD                                   CIVIL ACTION

VERSUS                                                18-816-SDD-RLB

THE BREAKFAST TOMS, ET AL.

### RULING

The Court, after carefully considering the *Complaint*,[1] the *Motions*,[2] the record, the law applicable to this action, and the *Report and Recommendation*[3] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 30, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Disqualify Chief District Judge Shelly D. Dick and for Reassignment to a U.S. District Judge*[4] is hereby DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's *Request to Suspend, or in the Alternative Extend*[5] is hereby DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's claims are hereby DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's 12/6/2018 *Order* within the delays provided therein.

---

[1] Rec. Doc. 37.
[2] Rec. Docs. 5, 6, 7, and 8.
[3] Rec. Doc. 10.
[4] Rec. Doc. 5.
[5] Rec. Doc. 5.

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Determine Status of Required Party, and Proper Venue*,[6] Plaintiff's *Motion to Compel a Discovery Response and for a Protective Order*,[7] and Plaintiff's *Motion for Leave to Serve Supplemental Complaint*[8] are all DENIED as moot.

Signed in Baton Rouge, Louisiana the 22 day of May, 2019.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[6] Rec. Doc. 6.
[7] Rec. Doc. 7.
[8] Rec. Doc. 8.